# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135288(21)

WILLIAM SIM SPENCER, #384851,

      Plaintiff-Appellant,

v

                                    SC:  135288
                                      CoA:  281223

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.
_____

      On order of the Chief Justice, the motion for reconsideration of the order of January 30, 2008 is considered and it is DENIED because it does not appear the order was entered erroneously.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 25, 2008                                         
                                    Clerk